**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TEADRIC ANDERSON, THADDEUS BROOKS, DONALD DARTEY, MICHAEL MASSEY, OLLIE PETERSON, KURT SERZEN, ELZIE THOMAS, JEFF KURUCAR, JOSE APARICIO, ALVARO GOMEZ, FERNANDO MARTINEZ, and LUIS FELIPE RUBIO, on behalf of themselves and others similarly situated, | No. 05 C 5474 |
| Plaintiffs, | Judge Gottschall |
| v. | Magistrate Judge Schenkier |
| OFFICER JENNY SANCHEZ #221, OFFICER EDWIN FUENTES #509, OFFICER DANIEL INDURANTE #211, OFFICER KIMBERLY DORSCH #102, OFFICER CHARLES CIANCANELLI #91, OFFICER WARREN HERNANDEZ, OFFICER IVANO MAZZULLA, OFFICER SKIP DRISH, COMMANDER JAMES JASINSKI, OFFICER KATHLEEN MURPHY, OFFICER CORIE MULVEY, OFFICER EVA MEYERS, OFFICER ANTHONY SARACENO, OFFICER KEVIN SHIRAZI, OFFICER SCOTT BIALAS, OFFICER FERNANDO MORFIN, OFFICER ALFREDO TROCHE, OFFICER BRIAN BARDSLEY, OFFICER JOHN KESSNER, OFFICER FRANCESCO CAPECE, OFFICER EDUARDO SALGADO, OFFICER ANTHONY SARECENO, OFFICER ANTHONY LOOCHTAN, OFFICER JOSEPH INDURANTE, OFFICER TERRENCE CARR, OFFICER GLEN MATTHEW(S), COMMANDER JOHN SCHILLINGER, OFFICER JULIANA LOPEZ, OFFICER JOSEPH CIANCANELLI, OFFICER ANDREW FERRARA, OFFICER WILLIE HATCHETT, COMMANDER WILLIAM CUNDARI, DETECTIVE CHRIS PAVINI, | |

| | |
|---|---|
| OFFICER GARY SCHULTZ, OFFICER ROCCO DECARLO, OFFICER JAMES SALYER, OFFICER HAZEM AMIN, OFFICER JOSEPH WHITE, OFFICER AMY ZAMORA, OFFICER ERIN ZILKA, OFFICER WILLIAM CUNDARI, OFFICER KEVIN FLOWERS, OFFICER JOSEPH CANTORE, DEPUTY CHIEF MARK LOOCHTAN, CHIEF GIUSEPPE CAPECE, MAYOR BENIAMINO MAZZULLA, UNKNOWN OFFICERS, and the VILLAGE OF STONE PARK, Defendants. | |

## PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS DEFENDANT JOHN KESSNER

NOW COME the Plaintiffs, by and through their attorneys, HORWITZ, RICHARDSON & BAKER, LLC, and state the following in support of this motion:

1.   Plaintiffs seek to dismiss with prejudice Defendant Officer John Kessner from this action.

2.   Said dismissal will not prejudice any party.

WHEREFORE, Plaintiffs pray this Honorable Court grant this motion and any such other relief this Honorable Court deems appropriate.

                          Respectfully Submitted,

                          s/ Rachelle M. Sorg
                          One of the Attorneys for Plaintiffs

HORWITZ, RICHARDSON & BAKER, LLC
20 S. Clark St., Suite 500
Chicago, IL 60603
P: (312) 676-2100
F: (312) 372-7076
ARDC No. 6287455
Dated: June 16, 2008