**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TEADRIC ANDERSON, et al., | |
| Plaintiffs, | No. 05 C 5474 |
| v. | JUDGE GOTTSCHALL |
| OFFICER JENNY SANCHEZ #221, et al. and the VILLAGE OF STONE PARK, | MAGISTRATE JUDGE SCHENKIER |
| Defendants. | |

**PLAINTIFFS MOTION TO ENFORCE SETTLEMENT**

NOW COME the Plaintiffs, by and through HORWITZ, RICHARDSON & BAKER, LLC, and move this Honorable Court to enforce the settlement. In support of same, state as follows:

1. This cause was aggressively litigated and ultimately a settlement agreement was reached.

2. The agreed terms of the agreement was a settlement in the amount of $200,000.00.

3. Payment on the settlement was to be tendered to Plaintiffs' attorneys on May 29, 2009.

4. No monies were received from Defendants by Plaintiffs' attorneys on May 29, 2009.

5. Following this non-payment, several calls were placed to defense counsel for check procurement.

6. As of June 3, 2009, defendants' attorneys have not provided a date certain for tendering the check.

7. Many Plaintiffs are awaiting the check proceeds; Plaintiffs' attorneys are now in a position where they are unable to explain the delay to their clients.

8. Plaintiffs and their attorneys engaged in a significant effort to negotiate this settlement and secure releases for each and every Plaintiff.

9. This delay in the tender of the check will cause Plaintiffs' attorneys to undergo further significant effort with regard to the resolution of issues that arise for each client who has been anticipating their settlement. This issue is especially troubling in a difficult economy where people make arrangements and decisions based on monies promised.

10. Plaintiffs pray that this Court enter an order which provides that:

   a. the City of Stone Park is to pay to Plaintiffs and their attorneys $200,000.00 immediately,

   b. the settlement be memorialized in the form of a judgment,

   c. the attorneys' fees are to be paid for all work necessary for the procurement of the check; and

   d. the interest on any judgment be forthcoming at the statutory rate.

WHEREFORE, Plaintiffs pray this Honorable Court grant this motion and any such other relief this Honorable Court deems appropriate.

                          Respectfully submitted,

                          s/ Blake Horwitz_____
                            One of the attorneys for the Plaintiff

HORWITZ, RICHARDSON & BAKER LLC
Two First National Plaza
20 S. Clark St., Suite 500
Chicago, Illinois 60603
Ph (312) 676-2100
Fax (312) 372-7076